UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN F. TAYLOR,

        Plaintiff,　　　　　　　　Case no. 11-13896
　　　　　　　　　　　　　　　　　　　Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

    On November 13, 2012, Magistrate Judge R. Steven Whalen issued a report and recommendation. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

    IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

　　　　　　　　　　　　　　　　　　s/John Corbett O'Meara
　　　　　　　　　　　　　　　　　　United States District Judge

Date:  December 27, 2012

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 27, 2012, using the ECF system and/or ordinary mail.

　　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　　Case Manager